UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF ALABAMA

IN RE                                                                Case No. 09-32659
                                                                     Chapter 13
REANELL JONES FULLER,

    Debtor.

_____

REANELL JONES FULLER,

    Plaintiff

v.                                                                   Adversary Case
                                                                     No. 09-03086
CHIP ELLIS TITLE TIME, INC. and
C. ELLIS INVESTMENTS, INC.,

    Defendants.

## JUDGMENT FOR PLAINTIFF

    Plaintiff, through counsel, filed a *Request for Entry of Default* on March 2, 2010 after both defendants failed to file an answer to the Complaint or otherwise appear in the case. The *Clerk's Entry of Default* was filed on March 17, 2010. An evidentiary hearing was held on April 6, 2010 to establish damages. In accordance with the oral findings of fact and conclusions of law made from the bench in open court, it is

    **ORDERED** that damages are awarded to the Plaintiff as follows:

Actual Damages
    $1,855.90. . . . . . . Damage to plaintiff's vehicle
      510.00. . . . . . . Damage to plaintiff's fence

FDCPA Violation
    $1,000. . . . . . . . Statutory damages

Punitive Damages
    $3,365.90.. . . . . . Same amount as total of actual damages

Attorney Fees
    $816.00

LESS Proof of Claim
    ($830.92).. . . . . . Claim Amount of $864 less trustee payment

    **$6,716.88. . . . . TOTAL DAMAGES**
    =======

It is further **ORDERED** that defendants shall have 14 days from the date of this order to file objections to the reasonableness of the awarded attorney fees.

DONE this 8th day of April, 2010.

/s/ DWIGHT H. WILLIAMS, JR.
United States Bankruptcy Judge

cc: Debtor
Vonda S. McLeod, Counsel for debtor
Chip Ellis Title Time, Inc.
C. Ellis Investments, Inc.
Curtis C. Reding, Trustee