IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF ALABAMA

IN RE:

REANELL JONES FULLER,            CASE NO. 09-32659
Debtor.                                         CHAPTER 13

**REANELL JONES FULLER,**
**Plaintiff.**

v.                                                     Adv. Proc No. 09-03086

**CHIP ELLIS TITLE TIME, INC. and**
**C. ELLIS INVESTMENTS, INC.**
**Defendants.**

## MOTION TO SET ASIDE JUDGMENT

       COMES NOW the undersigned as attorney for the Defendants in this matter and moves this Court to set aside the judgment entered in this case on April 8, 2010.

       As grounds for this motion, the undersigned shows that the Defendants were not aware of the existence of this judgment until they received a complimentary copy from Richard Dean, Esq. who happened to be representing another Creditor in the Fuller bankruptcy case. Mr. Dean forwarded a copy of this Court's judgment to Defendants as a courtesy advising the Defendants that they should take legal action to defend this claim as apparently a default judgment had been entered without its knowledge.

       WHEREFORE, THE PREMISES CONSIDERED, the undersigned moves this Court to set aside the judgment entered in this case and allow the Defendants to answer, appear and defend the same. The Defendants further represent to the Court that they have meritorious defenses to the claims presented by the Plaintiff.

                                           Respectfully submitted,
                                           TINDAL & HICKMAN, LLP

                                           **/s/ Troy Tindal on April 13, 2010**
             By:   _____
                                           Troy Tindal (TIN 016)
                                           915 South Hull Street
                                           Montgomery, AL 36104
                                           Tel: (334) 264-1441
                                           Fax: (334) 264-0519

                                           ATTORNEY FOR DEFENDANT

## CERTIFICATE OF SERVICE

   I do hereby certify that a copy of the foregoing has been served upon the attorney for the Debtor, Vonda S. McLeod and Hon. Curtis C. Reding, Trustee, via electronic transmission and/or by placing a copy of the same in the U.S. Mail properly addressed with postage prepaid on this the 13th day of April, 2010.

               **/s/ Troy Tindal on April 13, 2010**
               _____
               Troy Tindal