IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF ALABAMA

| | |
|---|---|
| IN RE: | CHAPTER 13 CASE |
| | NO. 09-32659-DHW |
| REANELL JONES FULLER, | |
| XXX-XX-6862 | |
| Debtor. | |
| REANELL JONES FULLER, | |
| Plaintiff, | |
| vs. | ADVERSARY NO. |
| | 09-03086-DHW |
| CHIP ELLIS TITLE TIME, | |
| C. ELLIS INVESTMENTS, INC., | |
| Defendant(s). | |

### GARNISHEE'S 2ND REPORT ON DISBURSEMENT

COMES NOW, Curtis C. Reding, Chapter 13 Trustee for the U.S. Bankruptcy Court, Middle District of Alabama, by and through the undersigned counsel, and files this report regarding the garnishment in the amount of $6,716.88 served by the Clerk of the U.S. Bankruptcy Court for the Middle District of Alabama.

The Trustee currently has on hand funds that are owed to the defendant in the amount of $1,535.72 from the July 2010 disbursement which are being paid to the Court pursuant to the process of garnishment.

If and when any further disbursements are due to this defendant, the Trustee will continue to remit until the process of garnishment has been paid in full.

Respectfully submitted this 21st day of July 2010.

Curtis C. Reding
Standing Chapter 13 Trustee

By: /s/ Sabrina L. McKinney
Sabrina L. McKinney
Staff Attorney
ASB-3162-I71S

Office of the Chapter 13 Trustee
166 Commerce St., Ste. 202
P. O. Box 173
Montgomery, AL 36101-0173
Phone: 334-262-8371
Fax: 334-834-7635
Email: mckinneys@ch13mdal.com

CERTIFICATE OF SERVICE

I, Sabrina L. McKinney, certify that a copy of the foregoing GARNISHEE'S 2ND REPORT ON DISBURSEMENT has been served on the parties listed below either by electronic filing or by placing same in the United States Mail, postage prepaid and properly addressed, this 21st day of July 2010.

/s/ Sabrina L. McKinney
Sabrina L. McKinney

Vonda S. McLeod, Esq. *(electronic filing)*
Attorney for Plaintiff
P.O. Box 201
Montgomery, AL 36101

C. Ellis Investments, Inc. (Garnishee) *(U.S. Mail)*
c/o Joseph W. Warren, Esq.
6706 Taylor Circle
Montgomery, AL 36117

Chip Ellis Title Time, Inc. (Garnishee) *(U.S. Mail)*
2801 Citizens Parkway
Selma, AL 36702

Richard C. Dean, Jr., Esq.
P O Box 1028
Montgomery AL 36102-1028

⚠ WARNING: CHECK PRINTED ON TONER GRIP CHEMICAL REACTIVE PAPER, VOID APPEARS IF COPIED, FLUORESCENT FIBERS, MICRO PRINTING, TRUE WATERMARK AND LAID LINES WITH TRUSTEE NAME.

**CURTIS C. REDING   CHAPTER 13 TRUSTEE**
MIDDLE DISTRICT OF ALABAMA
P.O. BOX 173
MONTGOMERY, AL 36101-0173
PH. 334-262-8371
49334



SunTrust

64-790511

1454418
1454418

DATE  Jul 20, 2010

PAY Exactly Five Hundred Twenty Five And 00 / 100 Dollars

$ *********525.00

TO THE ORDER OF

C ELLIS INVESTMENT
PAY TO CLERK US BANKRUPTCY COURT
ONE CHURCH ST
MONTGOMERY, AL 36104

GARNISHMENT AP#09-03086

VOID 60 DAYS AFTER DATE

⑈1454418⑈ ⑆061100790⑆ 8800516885⑈

---

CURTIS C. REDING    CHAPTER 13 TRUSTEE
Payee: C ELLIS INVESTMENT
PAY TO CLERK US BANKRUPTCY COURT
ONE CHURCH ST
MONTGOMERY, AL 36104

Check #: 1454418
Date: Jul 20, 2010

Creditor #: 49334

1454418

| Case # | Claim # | Debtor Name(s) | Account # | Principal | Interest | Balance |
|---|---|---|---|---|---|---|
| 0881933 | 00001 | MARK A. POGUE | FILED BY ATTY-02 MERCE | 387.20 | 137.80 | 20,282.29 |

*** IF MAILING ADDRESS IS INCORRECT, NOTIFY TRUSTEE'S OFFICE IN WRITING. ***

⚠ WARNING: CHECK PRINTED ON TONER GRIP CHEMICAL REACTIVE PAPER. VOID APPEARS IF COPIED. FLUORESCENT FIBERS. MICRO PRINTING. TRUE WATERMARK AND LAID LINES WITH TRUSTEE NAME.

**CURTIS C. REDING   CHAPTER 13 TRUSTEE**
MIDDLE DISTRICT OF ALABAMA
P.O. BOX 173
MONTGOMERY, AL 36101-0173
PH. 334-262-8371
68496


SunTrust

64-79/611

**1454776**
1454776

DATE: Jul 20, 2010

PAY  Exactly One Hundred Thirteen And 79 / 100 Dollars          $ *********113.79

CHIP ELLIS
PAY TO CLERK US BANKRUPTCY COURT
ONE CHURCH ST
MONTGOMERY, AL  36104

GARNISHMENT AP#09-03086

VOID 90 DAYS AFTER DATE

⑈1454776⑈ ⑆061100790⑆ 880051688 5⑈

---

CURTIS C. REDING      CHAPTER 13 TRUSTEE                  Check #.: 1454776           1454776
Payee: CHIP ELLIS                                          Date: Jul 20, 2010
       PAY TO CLERK US BANKRUPTCY COURT
       ONE CHURCH ST                                       Creditor #: 68496
       MONTGOMERY, AL  36104

| Case # | Claim # | Debtor Name(s) | Account # | Principal | Interest | Balance |
|---|---|---|---|---|---|---|
| 0830528 | 00001 | MICHAEL J ROBINSON | | 95.86 | 17.93 | 2,593.98 |

*** IF MAILING ADDRESS IS INCORRECT, NOTIFY TRUSTEE'S OFFICE IN WRITING. ***

🔒 WARNING: CHECK PRINTED ON TONER GRIP CHEMICAL REACTIVE PAPER, VOID APPEARS IF COPIED, FLUORESCENT FIBERS, MICRO PRINTING, TRUE WATERMARK AND LAID LINES WITH TRUSTEE NAME.

**CURTIS C. REDING   CHAPTER 13 TRUSTEE**
MIDDLE DISTRICT OF ALABAMA
P.O. BOX 173
MONTGOMERY, AL 36101-0173
PH. 334-262-8371
106472




SunTrust

64-79/611
1454778

DATE: Jul 20, 2010

**1454778**

PAY  Exactly Eight Hundred Thirty Six And 86 / 100 Dollars                    $ *********836.86

TO THE ORDER OF:
CHIP ELLIS TITLE TIME
PAY TO CLERK US BANKRUPTCY CT
ONE CHURCH ST
MONTGOMERY, AL  36104

VOID 60 DAYS AFTER DATE

GARNISHMENT AP#09-03086

⑆1454778⑆ ⑈061100790⑈ 8800516885⑆

---

CURTIS C. REDING    CHAPTER 13 TRUSTEE                Check #.: 1454778          1454778
Payee: CHIP ELLIS TITLE TIME                          Date: Jul 20, 2010
PAY TO CLERK US BANKRUPTCY CT
ONE CHURCH ST                                         Creditor #: 106472
MONTGOMERY, AL  36104

| Case # | Claim # | Debtor Name(s) | Account # | Principal | Interest | Balance |
|---|---|---|---|---|---|---|
| 0830663 | 00003 | MARY W WOOTEN | 148910- 96 HONDA | 145.93 | 18.12 | 1,013.81 |
| 1546 | 0000 | JIMMY VICKERY |  |  |  | 297.41 |
| 0831743 | 00009 | ROBIN YOUNG | 148337/TITLEMAX ON TITL | 134.37 | 12.85 | 2,068.54 |
| 0931895 | 00011 | DARRELL G & CHARLA J DAVIS | 150 |  |  | 3,321.82 |
| 0981318 | 00001 | THELESHIA MICHELLA SMITH | 149407 | 23.55 | 15.05 | 3,779.56 |
| 0932343 | 00010 | ERNEST L FLOYD | 150677-97 EXPEDITION | 10.03 | 1.97 | 515.95 |
| 0932639 | 00004 | TIFFANY M SILER | 150764-92 ROADMASTER | 113.03 | 2.63 | 628.99 |
| 3298 | 0000 | EARNEST CAMPBELL | 151608 | 92.59 | 7.41 | 1,684.92 |
| 1030249 | 00001 | KIVONDRA J BOSWELL | 152106-00 CHEV | 6.79 | 3.21 | 850.46 |

14,161.48

*** IF MAILING ADDRESS IS INCORRECT, NOTIFY TRUSTEE'S OFFICE IN WRITING. ***

⚠ WARNING: CHECK PRINTED ON TONER GRP CHEMICAL REACTIVE PAPER, VOID APPEARS IF COPIED, FLUORESCENT FIBERS, MICRO PRINTING, TRUE WATERMARK AND LAID LINES WITH TRUSTEE NAME.

**CURTIS C. REDING   CHAPTER 13 TRUSTEE**
MIDDLE DISTRICT OF ALABAMA
P.O. BOX 173
MONTGOMERY, AL 36101-0173
PH. 334-262-8371
305143



84-78/611
1454779
1454779
DATE  Jul 20, 2010

PAY Exactly Sixty And 07 / 100 Dollars         $ **********60.07

TO THE ORDER OF:
CHIP ELLIS TITLE TIME
PAY TO CLERK US BANKRUPTCY CT
ONE CHURCH ST
MONTGOMERY, AL 36104

GARNISHMENT AP#09-03086

VOID 60 DAYS AFTER DATE

⑆1454779⑆ ⑆061100790⑆ 8800516885⑆

---

CURTIS C. REDING    CHAPTER 13 TRUSTEE

Payee: CHIP ELLIS TITLE TIME
PAY TO CLERK US BANKRUPTCY CT
ONE CHURCH ST
MONTGOMERY, AL 36104

Check #: 1454779
Date: Jul 20, 2010
Creditor #: 305143

1454779

| # | Claim # | Debtor Name(s) | Account # | Principal | Interest | Balance |
|---|---------|----------------|-----------|-----------|----------|---------|
| 0932653 | 00001 | LINDA BERNICE COOPER | 150763-03 CAVALIER | 39.33 | 20.74 | 2,887.53 |

*** IF MAILING ADDRESS IS INCORRECT, NOTIFY TRUSTEE'S OFFICE IN WRITING. ***

39.33   20.74   2,887.53