# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF ALABAMA

In re                                    Case No. 09-32659-DHW
                                         Chapter 13

REANELL JONES FULLER,

          Debtor.


REANELL JONES FULLER,

          Plaintiff,                     Adv. Pro. No. 09-3086-DHW

     v.

CHIP ELLIS TITLE TIME, INC.
and C. ELLIS INVESTMENTS, INC.

          Defendants.

CURTIS C. REDING, Trustee,

          Garnishee.

## ORDER CONDEMNING FUNDS

      Upon consideration of the Debtor/Plaintiff's Motion to Condemn Funds filed on July 23, 2010, it is

      ORDERED that $3,920.26 held by the Clerk of the United States Bankruptcy Court pursuant to the writ of garnishment issued to Curtis C. Reding, Chapter 13 Trustee, is hereby CONDEMNED. The Clerk of Court shall remit $816.00 to the plaintiff's attorney for attorney fees and $3,104.26 to the debtor.

      Done this 26th day of July, 2010.

                                         /s/ Dwight H. Williams, Jr.
                                         United States Bankruptcy Judge

c: Vonda S. McLeod, Plaintiff's Attorney
   Troy Ted Tindal, Defendants' Attorney
   Curtis C. Reding, Trustee
   Debtor