IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF ALABAMA

IN RE:                                                                                   CHAPTER 13 CASE
                                                                                               NO. 09-32659-DHW

**REANELL JONES FULLER,**
XXX-XX-6862

       Debtor.

**REANELL JONES FULLER,**

       Plaintiff,

vs.                                                                                      ADVERSARY NO.
                                                                                          09-03086-DHW

**CHIP ELLIS TITLE TIME,**
**C. ELLIS INVESTMENTS, INC.,**

       Defendant(s).

## GARNISHEE'S 3RD REPORT ON DISBURSEMENT

COMES NOW, Curtis C. Reding, Chapter 13 Trustee for the U.S. Bankruptcy Court, Middle District of Alabama, by and through the undersigned counsel, and files this report regarding the garnishment in the amount of $6,716.88 served by the Clerk of the U.S. Bankruptcy Court for the Middle District of Alabama.

The Trustee currently has on hand funds that are owed to the defendant in the amount of $1,541.18 from the August 19, 2010, disbursement which are being paid to the Court pursuant to the process of garnishment.

If and when any further disbursements are due to this defendant, the Trustee will continue to remit until the process of garnishment has been paid in full.

Respectfully submitted this 25th day of August 2010.

<pre>
                                        Curtis C. Reding
                                        Standing Chapter 13 Trustee

                                By:     /s/   Sabrina L. McKinney
                                        Sabrina L. McKinney
                                        Staff Attorney
                                        ASB-3162-I71S
</pre>

Office of the Chapter 13 Trustee
166 Commerce St., Ste. 202
P. O. Box 173
Montgomery, AL 36101-0173
Phone: 334-262-8371
Fax: 334-834-7635
Email: mckinneys@ch13mdal.com

CERTIFICATE OF SERVICE

I, Sabrina L. McKinney, certify that a copy of the foregoing GARNISHEE'S 3RD REPORT ON DISBURSEMENT has been served on the parties listed below either by electronic filing or by placing same in the United States Mail, postage prepaid and properly addressed, this 25th day of August 2010.

<pre>
                                        /s/   Sabrina L. McKinney
                                        Sabrina L. McKinney
</pre>

Vonda S. McLeod, Esq. *(electronic filing)*
Attorney for Plaintiff
P.O. Box 201
Montgomery, AL  36101

C. Ellis Investments, Inc. (Garnishee) *(U.S. Mail)*
c/o Joseph W. Warren, Esq.
6706 Taylor Circle
Montgomery, AL  36117

Chip Ellis Title Time, Inc. (Garnishee) *(U.S. Mail)*
2801 Citizens Parkway
Selma, AL  36702

Richard C. Dean, Jr., Esq.
P O Box 1028
Montgomery AL  36102-1028

⚠ WARNING: CHECK PRINTED ON TONER GRIP CHEMICAL REACTIVE PAPER. VOID APPEARS IF COPIED. FLUORESCENT FIBERS. MICRO PRINTING. TRUE WATERMARK AND LAID LINES WITH TRUSTEE NAME.

**CURTIS C. REDING   CHAPTER 13 TRUSTEE**
MIDDLE DISTRICT OF ALABAMA
P.O. BOX 173
MONTGOMERY, AL 36101-0173
PH. 334-262-8321
68496




04-79/611
**1462780**
DATE: Aug 19, 2010

PAY Exactly One Hundred Forty And 68 / 100 Dollars

$ ********140.68

VOID 60 DAYS AFTER DATE

TO THE ORDER OF:
CHIP ELLIS
PAY TO CLERK US BANKRUPTCY COURT
ONE CHURCH ST
MONTGOMERY, AL 36104

AP 09-03086

⑆1462780⑆ ⑈061100790⑈ 8800516885⑉

---

**CURTIS C. REDING   CHAPTER 13 TRUSTEE**
Payee: CHIP ELLIS
PAY TO CLERK US BANKRUPTCY COURT
ONE CHURCH ST
MONTGOMERY, AL 36104

Check #.: 1462780
Date: Aug 19, 2010
Creditor #: 68496

**1462780**

| Case # | Claim # | Debtor Name(s) | Account # | Principal | Interest | Balance |
|---|---|---|---|---|---|---|
| 0830528 | 00001 | MICHAEL J ROBINSON | | 123.39 | 17.29 | 2,470.59 |

TOTALS  123.39  17.29  2,470.59
*** IF MAILING ADDRESS IS INCORRECT, NOTIFY TRUSTEE'S OFFICE IN WRITING. ***

⚠ WARNING: CHECK PRINTED ON TONER GRIP CHEMICAL REACTIVE PAPER. VOID APPEARS IF COPIED. FLUORESCENT FIBERS. MICRO PRINTING. TRUE WATERMARK AND LAID LINES WITH TRUSTEE NAME.

**CURTIS C. REDING   CHAPTER 13 TRUSTEE**
MIDDLE DISTRICT OF ALABAMA
P.O. BOX 173
MONTGOMERY, AL 36101-0173
PH. 334-262-8371
106472




64-79/611

**1462782**

DATE: Aug 19, 2010

PAY Exactly One Thousand Four Hundred And 50 / 100 Dollars

$ ******1,400.50

VOID 60 DAYS AFTER DATE

TO THE ORDER OF
CHIP ELLIS TITLE TIME
PAY TO CLERK US BANKRUPTCY COURT
ONE CHURCH ST
MONTGOMERY, AL 36104

AP 09-03086

⑈1462782⑈ ⑆061100790⑆ 8800516885⑈

---

CURTIS C. REDING    CHAPTER 13 TRUSTEE
Payee: CHIP ELLIS TITLE TIME
PAY TO CLERK US BANKRUPTCY COURT
ONE CHURCH ST
MONTGOMERY, AL 36104

Check #.: 1462782
Date: Aug 19, 2010
Creditor #: 106472

**1462782**

| Case # | Claim # | Debtor Name(s) | Account # | Principal | Interest | Balance |
|---|---|---|---|---|---|---|
| 0830663 | 00003 | MARY W WOOTEN | 146910- 96 HONDA | 160.26 | 3.93 | 593.55 |
| 0831546 | 00006 | JIMMY VICKERY | 149260 | 8.40 | 0.00 | 289.03 |
| 0831743 | 00009 | ROBIN YOUNG | 148337/TITLEMAX ON TITL | 135.32 | 12.07 | 1,933.22 |
| 0931663 | 00004 | JAMES THOMAS & DAWN RENETTA TINSLEY | 150421-99 JEEP | 273.11 | 6.82 | 546.03 |
| 0931895 | 00011 | DARRELL G & CHARLA J DAVIS | 150278 | 225.89 | 13.15 | 3,095.93 |
| 0932343 | 00010 | ERNEST L FLOYD | 150677-97 EXPEDITION | 10.07 | 1.93 | 505.88 |
| 0932639 | 00004 | TIFFANY M SILER | 150764-92 ROADMASTER | 113.59 | 2.23 | 515.40 |
| 0932724 | 00009 | BEVERLY ANN NICKENS | 151347 | 330.33 | 0.00 | 0.00 |
| 0933298 | 00002 | EARNEST CAMPBELL SR & PENNY G CAMPBELL | 151608 | 92.98 | 7.02 | 1,591.94 |
| 1031411 | 00002 | TIMOTHY D & ANGELA D FOSTER | 153295/95 CHEV CORSICA | 1.66 | 1.74 | 490.34 |
| | | | **TOTALS** | **1,351.61** | **48.89** | **9,561.32** |

*** IF MAILING ADDRESS IS INCORRECT, NOTIFY TRUSTEE'S OFFICE IN WRITING. ***