IN THE UNITED STATES BANKRUPTCY COURT
Middle District of Alabama

| | |
|---|---|
| In the Matter of: } | Chapter 13 Case No. 09-32659 |
| Reanell Jones Fuller } | |
| Debtor } | |
| } | |
| Reanell Jones Fuller } | AP No. 09-03086 |
| Plaintiff } | |
| } | |
| v. } | |
| } | |
| Chip Ellis Title Time, Inc. And } | |
| C. Ellis investments, Inc. } | |
| Defendants. | |

MOTION TO CONDEMN FUNDS

Comes now the undersigned attorney of record and hereby moves this Honorable Court to and as grounds for such state as follows:

1. Garnishee, Curtis C. Reding, has remitted funds pursuant to judgment and garnishment in the amount of $6,716.88 served by the Clerk of the U.S. Bankruptcy Court for the Middle District of Alabama upon said garnishee in the above matter.

2. Pursuant to the Fourth Report of Garnishee, Garnishee has remitted funds to the court pursuant to said garnishment in the amount of $488.67.

3. The Plaintiff/ Debtor moves to condemn said funds in the amount of $488.67.

WHEREFORE Defendants pray that the court issue an order condemning the funds

in the amount of $488.67 and ordering that said funds be distributed to Plaintiff/Debtor. Debtor is on a 100% repayment plan and needs the funds to meet her household needs.

Respectfully submitted,

/s/ Vonda S. McLeod
ASB-5507-D65-V
Attorney for Debtor:Vonda S. McLeod
ASB-5507-D65-V
Shinbaum, McLeod & Campbell, P.C.
566 South Perry Street
Post Office Box 201
Montgomery, AL 36101-0201334-269-4440

CERTIFICATE OF SERVICE

I hereby certify that I have served a copy of the above foregoing motion on all parties listed below by CM/ECF or U. S. Mail on this day September 2, 2010.

Chapter 13 Trustee

Bankruptcy Administrator, Teresa Jacobs

Troy Ted Tindal, Attorney for Defendants
Tindal & Hickman, LLP915 South Hull StreetMontgomery, AL 36104

Chip Ellis Title Time, Inc.
2801 Citizens Parkway
Selma, AL 36702

C. Ellis Investments, c/oJoseph W. Warren
6706 Taylor Circle
Montgomery, Al 36117